PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Francis Smith-Brown                                              Cr.: 03-00835-001

Name of Sentencing Judicial Officer: The Honorable Dennis M. Cavanaugh

Date of Original Sentence: 09/22/04

Original Offense: Conspiracy to Import 500 Grams or More of Cocaine

Original Sentence: 5 months imprisonment

Type of Supervision: 5 years supervised release          Date Supervision Commenced: 11/26/04

## PETITIONING THE COURT

[ ]   To extend the term of supervision for          Years, for a total term of          Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall reside for a period of 4 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

## CAUSE

Ms. Smith-Brown submitted urine specimens on July 12, 2005, September 9, 2005, September 14, 2005, and November 23, 2005, which tested positive for the presence of marijuana.

Respectfully submitted,

*Donna W. Shaw*
By: Donna W. Shaw
     Senior U.S. Probation Officer
Date: 01/24/06

THE COURT ORDERS:
[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

1-30-06
Date