PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Francis Smith-Brown                                   Cr.: 03-00835-001

Name of Sentencing Judicial Officer: The Honorable Dennis M. Cavanaugh

Date of Original Sentence: 09/22/04

Original Offense: Conspiracy to Import 500 Grams or More of Cocaine

Original Sentence: 5 months imprisonment

Type of Supervision: 5 years supervised release                Date Supervision Commenced: 11/26/04

Assistant U.S. Attorney: Jill S. Anderson                           Defense Attorney: Esther Salas (AFPD)
970 Broad Street Room 502                                              972 Broad Street
Newark, NJ 07102                                                              Newark, NJ 07102
973-645-2700                                                                        973-645-6347

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1                     The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.'**

                      Ms. Brown submitted urine specimens at the U.S. Probation Office on July 12, 2005, September 9, 2005, September 14, 2005, and November 23, 2005, which tested positive for the presence of marijuana.

PROB 12C - Page 2
Francis Smith-Brown

2      The offender has violated the supervision condition which states **The defendant shall reside for a period of 4 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall not be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.**'

On February 24, 2006, Ms. Brown was admitted to the Kintock Group Community Corrections Center (CCC) to commence her four month placement as ordered by the Court. On March 11, 2006, Ms. Brown was given a breath-alcohol test at the CCC which tested positive for alcohol. As a result of the positive breath-alcohol test, the defendant was given an in-house sanction requiring her to remain at the CCC, with the exception of medical/mental health treatment appointments. On May 12, 2006, Ms. Brown was given a breath-alcohol test which again proved positive for alcohol. On May 15, 2006, Kintock staff informed the U.S. Probation Office that Ms. Brown must be discharged from their facility due to her alcohol use, which is a violation of program rules.

I declare under penalty of perjury that the foregoing is true and correct.

By: Donna W. Shaw
Senior U.S. Probation Officer
Date: 05/25/06

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

5/25/06
Date